## DE PENA v. TRUJILLO.

### No. 14,440; July 23, 1892.

30 Pac. 560.

**Appeal Without Merit—Damages as Costs.**—Defendant in eject-ment, after pleading the general issue and possession for the statutory period, filed a disclaimer of any interest, but from a judgment for plaintiff, after a trial by the court, findings of fact being waived, he appealed. The record, however, contained no bill of exceptions or other showing of error, and defendant filed no brief or points and authorities. Held, that the appeal being manifestly without merit, $100 damages would be directed for plaintiff as part of the costs on appeal.

APPEAL from Superior Court, San Bernardino County; J. L. Campbell, Judge.

Ejectment by Jertrudes de Pena against Juan Trujillo. Judgment for plaintiff. Defendant appeals. Affirmed.

Ezra Crossman and Goodcell & Leonard for appellant; Byron Waters for respondent.

PER CURIAM.—The complaint herein is the ordinary form of a complaint in ejectment. The defendant pleaded a general denial, together with an averment that he had been in the quiet possession of the premises described in the complaint for more than five years immediately preceding the filing of the complaint. Prior to the trial the defendant filed a disclaimer of any interest in the land sued for. The cause was tried by the court without a jury, findings of fact were waived, and judgment rendered in favor of the plaintiff. From this judgment the defendant appealed directly to this court. The record contains no bill of exceptions or other showing of any error in the court below, and the appellant has not filed any brief or points and authorities in support of his appeal. The appeal is manifestly without merit, and the judgment is affirmed, and the superior court is directed to allow to the respondent $100 damages as a part of the costs on appeal.